UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE MONIQUE RICE, <br><br> **Plaintiff,** <br><br> -against- <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> **Defendant.** | 1:21-cv-591 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant's Motion to Dismiss at ECF Nos. 6–8. To date, the Court has not received any opposition to the motion from the *pro se* Plaintiff. Accordingly, the Court will *sua sponte* extend Plaintiff's deadline to respond to the motion to **July 17, 2023**. Plaintiff is advised that failure to respond to the motion will result in the Court deciding the motion based on Defendant's submission alone.

The Court also notes that the Court's Order of Service was returned undeliverable on March 14, 2023. According to Defendant's Certificate of Service at ECF No. 8, Plaintiff's correct address is:

700 Westchester Avenue
Apt. 15E
Bronx, NY 10455

The Clerk of Court is respectfully directed to update Plaintiff's address on the docket and to mail a copy of the Court's Order to the specified address. Defendant is also directed to serve a copy of this Order and its motion papers on Plaintiff via e-mail.

**SO ORDERED.**

**Dated: May 31, 2023**
   New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**