UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE MONIQUE RICE,<br><br>                            **Plaintiff,**<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                            **Defendant.** | 1:21-cv-591 (ALC)<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will conduct a telephone status conference in this action on February 8, 2024 at 2:00pm Eastern Time.  The Parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:  January 30, 2024**
        **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**