**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
NICOLE MONIQUE RICE,

                Plaintiff,                21 **CIVIL** 591 (ALC)

   -v-                        **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 1, 2024, the Commissioner's motion to dismiss under Federal Rule of Procedure 12(b)(6) is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          April 1, 2024

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                        **Clerk of Court**

                        **BY:**          K. Mango
                                                      _____
                                                      **Deputy Clerk**